B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Utah, Central Division

In re  **SRB International L.L.C.**                              Case No.

                                     Debtor(s)                                  Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Jacobsen Construction**<br>**3131 W 2210 S**<br>**Salt Lake City, UT 84119** | **Jacobsen Construction**<br>**3131 W 2210 S**<br>**Salt Lake City, UT 84119** | **Subcontractor. Amount owed disbuted.** | **Disputed Subject to Setoff** | **765,000.00** |
| **Finishing Edge**<br>**2920 State Street**<br>**Everett, WA 98201** | **Finishing Edge**<br>**2920 State Street**<br>**Everett, WA 98201** | **Concrete Subcontractor** | **Disputed Subject to Setoff** | **492,120.00** |
| **Black Plumeria**<br>**P.O. Box 579**<br>**Honolulu, HI 96809** | **Black Plumeria**<br>**P.O. Box 579**<br>**Honolulu, HI 96809** | **Asphalt material** | **Subject to Setoff** | **223,540.00** |
| **Transpacific**<br>**P.O. Box 2366**<br>**Kailua Kona, HI 96745** | **Transpacific**<br>**P.O. Box 2366**<br>**Kailua Kona, HI 96745** | **Landscapping subcontractor** | | **210,050.50** |
| **General Supply dba Gexpro**<br>**c/o Bronster Fujichaku Robbins**<br>**1003 Bishop St Ste 2300**<br>**Honolulu, HI 96813** | **General Supply dba Gexpro**<br>**c/o Bronster Fujichaku Robbins**<br>**1003 Bishop St Ste 2300**<br>**Honolulu, HI 96813** | | **Contingent Unliquidated Disputed** | **138,786.15** |
| **US Department of Labor, Wage Division**<br>**300 Ala Moana Blvd, Suite 7-225**<br>**Honolulu, HI 96850** | **US Department of Labor, Wage Division**<br>**300 Ala Moana Blvd, Suite 7-225**<br>**Honolulu, HI 96850** | **Back wages** | | **128,530.84** |
| **Rasko**<br>**c/o Bronster Fujichaku Robbins**<br>**1003 Bishop St Ste 2300**<br>**Honolulu, HI 96813** | **Rasko**<br>**c/o Bronster Fujichaku Robbins**<br>**1003 Bishop St Ste 2300**<br>**Honolulu, HI 96813** | | **Contingent Unliquidated Disputed** | **106,933.00** |
| **Ray Keller Construction**<br>**2426 S 1100 W**<br>**Woods Cross, UT 84087** | **Ray Keller Construction**<br>**2426 S 1100 W**<br>**Woods Cross, UT 84087** | **Roofing Subcontractor** | **Disputed Subject to Setoff** | **100,000.00** |
| **Close Construction**<br>**94-405 Maikoiko street**<br>**Waipahu, HI 96797** | **Close Construction**<br>**94-405 Maikoiko street**<br>**Waipahu, HI 96797** | **Carpet subcontractor** | **Disputed Subject to Setoff** | **86,000.00** |
| **Hawaiian Cement**<br>**P.O. Box 31000**<br>**Honolulu, HI 96849** | **Hawaiian Cement**<br>**P.O. Box 31000**<br>**Honolulu, HI 96849** | **Concrete supplier to Sluder construction.** | | **85,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **SRB International L.L.C.**        Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Star & Company<br>680 Kakoi Street<br>Honolulu, HI 96819 | Star & Company<br>680 Kakoi Street<br>Honolulu, HI 96819 | Bridge crane supplier. | | 60,404.00 |
| Salmon Construction<br>605 N 1250 W #13,<br>Centerville, UT 84014 | Salmon Construction<br>605 N 1250 W #13,<br>Centerville, UT 84014 | HVAC subcontractor | Disputed Subject to Setoff | 60,000.00 |
| Client's Design<br>c/o Bronster Fujichaku Robbins<br>1003 Bishop St Ste 2300<br>Honolulu, HI 96813 | Client's Design<br>c/o Bronster Fujichaku Robbins<br>1003 Bishop St Ste 2300<br>Honolulu, HI 96813 | | Contingent Unliquidated Disputed | 49,130.00 |
| I & L Rental<br>P.O. Box 700946<br>Kapolei, HI 96709 | I & L Rental<br>P.O. Box 700946<br>Kapolei, HI 96709 | Rental Company | | 47,000.00 |
| Ridge Rock Construction<br>5718 Axel Park Rd<br>West Jordan, UT 84081 | Ridge Rock Construction<br>5718 Axel Park Rd<br>West Jordan, UT 84081 | Earthwork subcontractor for Raass Bro. | Disputed Subject to Setoff | 36,000.00 |
| V.L. James Associates<br>P.O. Box 638<br>Centerville, UT 84014 | V.L. James Associates<br>P.O. Box 638<br>Centerville, UT 84014 | Consulting | | 30,001.50 |
| Kimly Mangum<br>3973 2200 W<br>Salt Lake City, UT 84119 | Kimly Mangum<br>3973 2200 W<br>Salt Lake City, UT 84119 | Consultant services | | 30,000.00 |
| Harry Asato<br>P.O. Box 17596<br>Honolulu, HI 96817 | Harry Asato<br>P.O. Box 17596<br>Honolulu, HI 96817 | Painting subcontractor | Disputed Subject to Setoff | 28,125.00 |
| Jas Glover<br>P.O. Box 579<br>Honolulu, HI 96809 | Jas Glover<br>P.O. Box 579<br>Honolulu, HI 96809 | Subcontractor services | Subject to Setoff | 27,003.00 |
| Kai Hawaii<br>50 S. Beretania Street, #C-119C<br>Honolulu, HI 96813 | Kai Hawaii<br>50 S. Beretania Street, #C-119C<br>Honolulu, HI 96813 | Engineering services. | | 27,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **June 12, 2015**      Signature  **/s/ Sasha R. Brown**
                                                       **Sasha R. Brown**
                                                       **Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.